

**Alicia Racanelli, CSR**
Official Court Reporter
201st Judicial District Court
Room 327
1000 Guadalupe Street
Austin, Texas 78701

Phone: (512) 854-4028
Fax: (512) 854-2268

September 25, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re: Court of Appeals No. 03-15-00521-CV
     Trial Court Cause No. D-1-GN-97-008888

Style: *Roger Fay*
      *v.*
      *Texas A&M University, Geochemical and Environmental Research Group; The College*
      *of Geosciences and Maritime Studies; Dr. Ray Bowen; Dr. Robert Duce; Dr. Norman*
      *Guinasso; Dr. Roger Sassen; and Dr. David Schink*

Dear Mr. Kyle,

I was the Official Court Reporter who took the record in the above-referenced case. My understanding is that the Reporter's record is overdue. This letter is to inform you that I have not been contacted to prepare the Reporter's Record for an appeal in this case.

If you need any further information or have any questions, please do not hesitate to call or e-mail me at alicia.racanelli@traviscountytx.gov.

          Very truly yours,

          /s/ Alicia Racanelli

          Alicia Racanelli
          Official Court Reporter